## Griswold *against* Lawrence.

*Root,* for the defendants, moved for as judgment, in case of a nonsuit, for not proceeding to trial pursuant to notice.

*Sherwood,* contra, read an affidavit, stating that the defendant agreed with the attorney and counsel of the plaintiff, that the cause should go off without being tried,† and that notice of the agreement was given to the defendant's counsel.

*Per curiam.* This agreement should have been in writing; but we would not grant the rule, if it appeared to us that there had been any intention to impose or mislead the

An agreement to put off the trial of a cause made between the defendant's and plaintiff's counsel, must be in writing, otherwise, the court will grant a rule for judgment as in case of nonsuit, for not proceeding.
† 3 *Caines,* 151.
*Brandt* v. *Berrian*

plaintiff, his attorney, or counsel. The case cited is not accurately stated in the report.

Rule granted.